

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00640-CR

Eduardo **REYES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0808
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The trial court imposed sentence on September 9, 2015. Appellant's notice of appeal was due to be filed by October 9, 2015. *See* TEX. R. APP. P. 26.2(a). On October 13, 2015, Appellant filed a notice of appeal, and on October 14, 2015, he filed a motion for extension of time to file a notice of appeal.

Appellant's motion for extension of time to file the notice of appeal is GRANTED; Appellant's notice of appeal is deemed timely filed. *See id.* R. 26.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court